In the Matter of the Application of Albert D. Buschman and Others, Respondents, to Compel Gustav Lange, Jr., an Attorney and Counselor at Law, Appellant, to Turn Over to the Said Albert D. Buschman and Others Certain Papers, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.